IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Helms, Ardella R

Printed: 5/20/08

Case Number: 04 B 39084
Judge: Hollis, Pamela S
Filed: 10/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: April 30, 2008
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 98,717.44 |  |
| Secured: |  | 69,407.21 |
| Unsecured: |  | 10,307.46 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 4,624.13 |
| Other Funds: |  | 11,678.64 |
| Totals: | 98,717.44 | 98,717.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Midland Mortgage Company | Secured | 31,192.02 | 31,192.02 |
| 4. | HSBC Auto Finance | Secured | 14,879.46 | 14,879.46 |
| 5. | Monterey Financial Services | Secured | 1,145.57 | 1,145.57 |
| 6. | Midland Mortgage Company | Secured | 8,721.40 | 7,449.95 |
| 7. | Old Republic | Secured | 14,740.21 | 14,740.21 |
| 8. | Monterey Financial Services | Unsecured | 993.29 | 993.29 |
| 9. | Resurgent Capital Services | Unsecured | 434.39 | 434.39 |
| 10. | ECast Settlement Corp | Unsecured | 1,047.75 | 1,047.75 |
| 11. | Great Seneca | Unsecured | 3,668.37 | 3,668.37 |
| 12. | Resurgent Capital Services | Unsecured | 634.64 | 634.64 |
| 13. | Jefferson Capital | Unsecured | 2,255.20 | 2,255.20 |
| 14. | HSBC Auto Finance | Unsecured | 1,273.82 | 1,273.82 |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 83,686.12 | $ 82,414.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 573.31 |
| 4% | 266.19 |
| 3% | 162.00 |
| 5.5% | 990.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Helms, Ardella R | Case Number: 04 B 39084 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/20/08 | Filed: 10/20/04 |

|  |  |
|---:|---:|
| 5% | 269.99 |
| 4.8% | 542.95 |
| 5.4% | 1,819.69 |
| | _____ |
| | $ 4,624.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____